# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Vidal Licea Morales, | Case Nos. 24-CV-3366 (JMB/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Jared Rardin, | |
| Respondent. | |

---

This matter is before the Court on Petitioner Vidal Licea Morales's application to proceed in forma pauperis in his appeal to the Eighth Circuit of this Court's December 26, 2024 Order denying requests for a preliminary injunction by petitioner.  (Doc. No. 39.)  After review of the IFP application, the Court concludes that Morales financially qualifies for IFP status.  Moreover, although the Court is satisfied that Morales's requests for preliminary injunctive relief were denied appropriately, Morales's appeals are not taken in bad faith.  *See* 28 U.S.C. § 1915(a)(3).  Accordingly, the IFP applications will be granted.

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. The application to proceed in forma pauperis on appeal of petitioner Vidal Licea Morales (Doc. No. 39) is GRANTED.

Dated:  January 17, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1